## DALLAS COUNTY v. HUIDEKOPER.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF MISSOURI.

No. 225. Argued March 25, 1880. — Decided April 5, 1880.

*County of Macon* v. *Shores*, 97 U. S. 272, and *Smith* v. *Clark County*, 54 Missouri, 59, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

We think the only question in this case was settled by the Supreme Court of Missouri in *Smith* v. *County of Clark*, 54 Mo. 59, where it was held on a petition for rehearing, after the case had been once decided, p. 81, that "whether the corporation had a legal existence or not when the subscription was made, is a question that cannot be raised in a collateral proceeding." In this case, as in that, the corporation "did exist as a matter of fact, and was in the exercise of all its chartered franchises when the

subscription was made and the bonds issued." That case, like this, was a suit upon coupons for interest attached to bonds issued by the county in payment for its subscription to the capital stock of a railroad corporation, and the point made was, "that the charter of the company had ceased before the company was organized." That, the court said, was "a question between the State and the company," and gave judgment against the county. We had occasion to consider the same question in *County of Macon* v. *Shores*, 97 U. S. 272, 276, and held the same way.

*Judgment affirmed.*

*Mr. S. H. Boyd, Mr. A. D. Matthews* and *Mr. B. L. Brush* for plaintiff in error.

*Mr. Joseph Shippen* for defendant in error.